UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NICHIAS TURBAN, on behalf of himself and
others similarly situated,

        Plaintiff,

        v.

BAR-GIACOSA CORP. d/b/a BAR PITTI and
GIOVANNI TOGNOZZI,

        Defendants.
------------------------------------------------------------x

NO.: 19-CV-1138 (JMF)

PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Named Plaintiff Nichias Turban and Opt-In Plaintiffs Federico Brognoli, Alan Deliani, Claudia Mann, Fabio Mameli, Marco Stella, and Pietro Molendini (collectively "Plaintiffs"), hereby give written notice of their acceptance of the Rule 68 Offer of Judgment of Defendants Bar Giacosa Corp. d/b/a Bar Pitti and Giovanni Tognozzi, as follows:

1. Plaintiffs accept Defendants' Offer of Judgment in the total amount of Fifty Thousand Dollars ($50,000) inclusive of all interest, costs, and attorneys' fees accrued.

2. A copy of Defendants Rule 68 Offer of Judgment, which was served on Plaintiffs' counsel on June 1, 2020, is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs request that the Clerk of Court enter a judgment in this matter against Defendants Bar-Giacosa Corp. d/b/a Bar Pitti and Giovanni Tognozzi in the amount of $50,000, inclusive of all interest, costs, and attorneys' fees accrued.

Dated:  New York, New York
         June 1, 2020

22

By: _____
Lucas C. Buzzard
JOSEPH & KIRSCHENBAUM LLP
32 Broadway
Suite 601
New York, NY 10001
Tel: (212) 688-5640

*Attorneys for Plaintiff and Opt-In Plaintiffs*

23