UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NICHIAS TURBAN, on behalf of himself and
others similarly situated,

               Plaintiff,

             v.

BAR-GIACOSA CORP. d/b/a BAR PITTI and
GIOVANNI TOGNOZZI,

             Defendants.
------------------------------------------------------------x

NO.: 19-CV-1138 (JMF)

JUDGMENT

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2020; and Defendants Bar-Giacosa Corp. d/b/a Bar Pitti and Giovanni Tognozzi having offered Plaintiffs to take judgment against them; it is

     **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Nichias Turban, Federico Brognoli, Alan Deliani, Claudia Mann, Fabio Mameli, Marco Stella, and Pietro Molendini and against Defendants Defendants Bar Giacosa Corp. d/b/a Bar Pitti and Giovanni Tognozzi, jointly and severally, in the sum of $50,000 (Fifty Thousand Dollars and zero cents) inclusive of all attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: June __1__, 2020

All dates and deadlines are canceled.
The Clerk of Court is directed to close
the case.  SO ORDERED.

_____
Hon. Jesse M. Furman, U.S.D.J.